IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**Amended Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action numbers: 4:10-CV-00645 and 4:11-CV-00124
2. Style of case: MARK REED V. LA QUINTA INNS & SUITES, INC., LA QUINTA INNS, INC., LQ MANAGEMENT, LLC, AND HVM/LQ MANAGEMENT, LLC
3. Nature of suit: Employment - ADA and FLSA (Two cases)
4. Method of ADR used:   **X Mediation**   ☐ Mini-Trial   ☐ Summary Jury Trial
5. Date ADR session was held: 11/2/2011
6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.          ☐ Settled, in part, as result of ADR

    **XX Settled as a result of ADR.**          ☐ Parties were unable to reach settlement.

7. What was your TOTAL fee: $2550.00 (No Additional Fee for follow up work)
8. Duration of ADR: Scheduled for full day – Continued after initial session
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider)

    Courtenay L. Bass - Mediator          Bryant S. McFall, Esq.-Defendant
    Mark Reed - Plaintiff                 Dallan F. Flake, Esq.-Defendant
    David M. Curtis, Esq.-Plantiff        Mikki Hughes – Defendant's Rep.
    Sal Castillo – Plaintiff's counsel asst.

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Courtenay L. Bass*                        January 20, 2012
Signature                                  Date

3131 McKinney Avenue, Suite 125, Dallas, Texas  75204     (214)303-4500
Address                                                   Telephone

**David M. Curtis, Esq.**
David M. Curtis & Associates PC
381 Casa Linda Plaza
No. 103
Dallas, TX  75218
(800) 961-4201
(800) 532-2501

**Bryant S. McFall, Esq.**
Ogletree Deakins Nash Smoak & Stewart, P.C.
500 Preston Commons
8117 Preston Road
Dallas, TX  75225
(214) 987-3800
(214) 987-3927

**Dallan F. Flake, Esq.**
Ogletree Deakins Nash Smoak & Stewart, P.C.
500 Preston Commons
8117 Preston Road
Dallas, TX  75225
(214) 987-3800
(214) 987-3927

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing ADR Reporting Form was electronically filed with and has been electronically sent to all parties through the Eastern District of Texas Electronic Court Filing system on January 20, 2012.

*Courtenay L. Bass*
Courtenay L. Bass
Mediator